UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIJAH DOMINGUEZ,

    Plaintiff,

v.

MELISSA MOHOI, et al.,

    Defendants.

Case No. 24-cv-06546-VC

**ORDER OF DISMISSAL; DENYING MOTION FOR STAY**

On October 24, 2024, the Court denied Dominguez's motion to proceed *in forma pauperis* (IFP) and directed him to pay the full filing fee within 14 days or the case would be dismissed without prejudice. Dkt. No. 8. That deadline has passed, and Dominguez has not paid the full filing fee. Dominguez has instead asked the Court to stay the dismissal, stating that he needs more time to acquire declarations and discovery. Dkt. No. 11 at 1. He also states he has shown imminent danger related to his complaint in that he will be left at the mercy of the defendant/s and their "inadequate statement he was a child abuser which is false and untrue." *Id.* at 2. The motion is denied as Dominguez is barred from filing IFP unless he has alleged imminent danger, and a false allegation does not constitute imminent danger. This action is therefore DISMISSED. The clerk shall terminate all pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2024

_____
VINCE CHHABRIA
United States District Judge